GORDON, N.

v.

**ALLEGHENY VALLEY SCHOOL**

**2709 EDA 2016**

Superior Court of Pennsylvania.

09/07/2017

No. 2014–03091 (Montgomery)

Vacated/Remanded

**COM.**

v.

**DAVIS, E.**

**2795 EDA 2016**

Superior Court of Pennsylvania.

09/07/2017

CP–51–CR–0005486–2013 (Philadelphia)

Affirmed

**COM.**

v.

**MITCHELL–WILLIAMS, S.**

**3394 EDA 2016**

Superior Court of Pennsylvania.

09/07/2017

CP–51–CR–0002278–2015 (Philadelphia)

Affirmed

**ESTATE OF Frances M. SORIUS, Deceased**

**3659 EDA 2016**

Superior Court of Pennsylvania.

09/07/2017

No. 1572 IV of 2012 (Philadelphia)

Affirmed

**COM.**

v.

**WILLIAMS, N., Jr.**

**452 MDA 2014**

Superior Court of Pennsylvania.

09/07/2017

CP–22–CR–0001173–2004 (Dauphin)

Affirmed

**COM.**

v.

**SMITH, S.**

**1127 MDA 2016**

Superior Court of Pennsylvania.

09/07/2017

Reargument Denied 11/3/2017

CP–122–CR–0003032–2013 (Dauphin)

Affirmed